UNITED STATES DISTRICT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND

| DEVONTA' DEWAYNE LEMONS, Plaintiff, v. ELKHART CO. JAIL, SECURUS TECHNOLOGIES | FEDERAL TORT CLAIM LAWSUIT 3:22-cv-368 |

FILED
MAY - 6 2022
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

My name is Devonta Dewayne Lemons. I'm looking for help. I feel like I have a lawsuit for more then one reason. I was told that someone could help if I wrote you guys. I have times, dates, login records and witnesses that will back up what I'm saying is true. I'm not asking for alot, but something for my troubles. I would be willing to settle for $700,000 - $850,000. And would like an investigation done for my claim. What I want to do is sue Securus Technologies. And Elkhart County Jail. I've been here 9 months and all they do is treat us unfairly when it comes to our rights as inmates and not only that as human beings. From my understanding Elkhart County Jail and Securus Tech. are in some sort of contract, regarding our visitation rights. So Securus has to obey by a certain set of terms and responeabilitys when it comes to there services.

My family pays $32.00 a month for visitations through there services. I am an inmate in Elkhart county Jail. Housed in K47-B2-B2. I've put in multiple complaintes, to officiers. (White, Butcher, Hughies, Lt. Jones, Johnson, Abrems, Badkok and even the Securus team themselves. Not to mention the Maintniance requests. Both visiting boxes has been broken for multiple months and everytime we make a complaint about the visiting boxes, we get the same response. Nothing!! I feel like we and our family, working citizens are being tooking advantage of, robedd, lied to and exstarted by this company by its lack of care for it's customers. I've missed multiple visits with family, friends, Attorneys, and ect. This is unfair not only to myself but also my family on the outs. This is comeing out of our saveing's, paychecks and funds. I look at it as, if my company we're to go into business and makeing all they's fabricated and unrelyable promises, to my consumers. If I couldn't hold up

to them, everything would fall on me. If im still takeing peoples money and holding it. Even though im getting all they's complaints about the product not working properly and nobodys doing anything to fix them or atleast make up for the victims lost. They would sue me. I feel like the victom in this situation. I feel like my family is a victom. ive made grivences, they were rejected. Dates are; 4/18/2022 5:32:33pm Rejected on 4/19/2022 11:20:25am Lt. Jones. Also 4/20/2022 7:24:31pm - Rejected by Lt. Jones 4/21/2022 12:53:22pm. Both box model's are, K-47_Right_T6736 and K47_Left_T22891. witnesses are.

Arnaz Whitelaw JR.        4/21/2022    8:39 P.M
Darrius K. Thomas         4/21/2022    8:41pm
Aaron Horn                4/21/2022    8:42 Pm
Lashun Jr                 4-21-2022    8:43 PM
Steven Jackson            4/21/22      8:43 pm
Josiah Salinas            4/21/22      8:45 PM
Guy W                     4/21/22      8:45 pm
Christian Maradiaga       4/21/22      8:45 Pm

Samuel Byfield 9:00pm
4-21-22
Daventa Dewayne Lemons [signature] 4/21/2022
9:03 pm...