UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DEVONTA DEWAYNE LEMONS,

Plaintiff,

v.

CAUSE NO. 3:22-CV-368-DRL-MGG

ELKHART CO JAIL *et al.*,

Defendants.

## ORDER

DeVonta Dewayne Lemons, a prisoner without a lawyer, was granted until June 13, 2022, to resolve his filing fee status and file an amended complaint. He was cautioned if he did not respond by the deadline, this case would be dismissed without further notice. The deadline has passed, but he did not respond.

For these reasons, the court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the plaintiff, **DeVonta Dewayne Lemons, IDOC # 228219, Elkhart County Jail # 122444,** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED.

July 1, 2022

*s/ Damon R. Leichty*
Judge, United States District Court